UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| Olivia Karpinski and Paul Edalat<br>*Plaintiff,*<br><br>v.<br><br>Union Leader Corporation, Patricia J. Grossmith, and Trent E. Spiner<br>*Defendants.* | CIVIL ACTION NO: 1:18-cv-01214-PB |

## NOTICE OF WITHDRAWAL

TO THE CLERK OF THE ABOVE-CAPTIONED COURT:

Pursuant to Local Rule 83.6(d), please withdraw the appearance of Joshua M. Wyatt as counsel for the Plaintiffs in this matter. Attorney Matthew R. Johnson of the same law firm, Devine, Millimet & Branch, P.A., will continue to represent this party.

Respectfully submitted,

Dated: May 31, 2019         By:   /s/ Joshua M. Wyatt, Esq.
                                  Joshua M. Wyatt, Esq. (NH Bar #18603)
                                  111 Amherst Street
                                  Manchester, NH  03101
                                  Phone: (603) 695-8517
                                  Email: jwyatt@devinemillimet.com

## CERTIFICATE OF SERVICE

I hereby certify that this Notice of Withdrawal will be sent to counsel of record this day via the Court's Electronic Case Filing system.

Dated: May 31, 2019              /s/ Joshua M. Wyatt, Esq.
                                 Joshua M. Wyatt, Esq.

028818-111318; 4825-8727-4136