UNITED STATES DISTRICT COURT
THE DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| Olivia Karpinski and Paul Edalat,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>Union Leader Corporation, Patricia J. Grossmith, and Trent E. Spiner,<br><br>　　　　Defendants. | Civil Action No. 18-cv-01214-PB |

## NOTICE OF APPEAL

Notice is hereby given that Olivia Karpinski and Paul Edalat, Plaintiffs in the above-captioned action, hereby appeal to the United States Court of Appeals for the First Circuit from the final Judgment (Doc. No. 16) entered in this action on July 17, 2019, in accordance with the Order (Barbadoro, J.) dated July 16, 2019, granting the Defendants' Motion to Dismiss (Doc. No. 7).

　　　　　　　　　　　　　　　　　　　　Respectfully Submitted,

　　　　　　　　　　　　　　　　　　　　OLIVIA KARPINSKI and
　　　　　　　　　　　　　　　　　　　　PAUL EDALAT

　　　　　　　　　　　　　　　　　　　　By their Attorneys,

　　　　　　　　　　　　　　　　　　　　DEVINE, MILLIMET & BRANCH,
　　　　　　　　　　　　　　　　　　　　PROFESSIONAL ASSOCIATION

Dated: August 7, 2019　　　　　　　　By: */s/ Matthew R. Johnson*
　　　　　　　　　　　　　　　　　　　　Matthew R. Johnson, Esq. (NH Bar No. 13076)
　　　　　　　　　　　　　　　　　　　　111 Amherst Street
　　　　　　　　　　　　　　　　　　　　Manchester, NH 03101
　　　　　　　　　　　　　　　　　　　　(603) 695-8727
　　　　　　　　　　　　　　　　　　　　mjohnson@devinemillimet.com

## **CERTIFICATE OF SERVICE**

      I, Matthew R. Johnson, Esq., hereby certify that the foregoing Notice of Appeal was sent via the Court's electronic filing system this day to the following:

Gregory V. Sullivan, Esq.
Malloy & Sullivan,
Lawyers Professional Corporation
**Counsel for the Defendants**
59 Water Street
Hingham, MA 02043
(781) 749-4141
g.sullivan@mslpc.net


Dated: August 7, 2019                     By: */s/ Matt Johnson*
                                                       Matthew R. Johnson, Esq. (NH Bar No. 13076)
                                                       Devine, Millimet & Branch, P.A.
                                                       111 Amherst Street
                                                       Manchester, NH 03101
                                                       (603) 695-8727
                                                       mjohnson@devinemillimet.com