UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

APPEAL COVER SHEET

1.    USDC/NH Case No. 18-cv-1214-PB

2.    TITLE OF CASE: Karpinski et al v. Union Leader Corporation et al

3.    TYPE OF CASE: Civil

4.    NAME OF APPELLANT(S) & COUNSEL FOR APPELLANT(S):
      See certified copy of docket (ECF registered users not provided with a copy of docket)

5.    NAME OF APPELLEE(S) & COUNSEL FOR APPELLEE(S):
      See certified copy of docket (ECF registered users not provided with a copy of docket)

6.    NAME OF JUDGE: Judge Barbadoro

7.    DATE OF JUDGMENT OR ORDER ON APPEAL: **July 16, 2019**

8.    DATE OF NOTICE OF APPEAL: **August 7, 2019**

9.    FEE PAID or IFP :Not Applicable

10.   COURT APPOINTED COUNSEL: NO

11.   COURT REPORTER(S):   and DATES:   Motion Hearing; Liza Dubois; 4/23/2019

12.   TRANSCRIPTS ORDERED/ON FILE: NO

13.   HEARING/TRIAL EXHIBITS: NO

14.   MOTIONS PENDING: NO

15.   GUIDELINES CASE: Not Applicable

16.   RELATED CASES or CROSS APPEAL:

17.   SPECIAL COMMENTS:


cc: Counsel of Record