UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| Olivia Karpinski, )<br>Paul Edalat, )<br> )<br>v. )<br> )<br>Union Leader Corporation, )<br>Patricia J. Grossmith, )<br>Trent E. Spiner, )<br> ) | Civil Action No. 1:18-cv-01214-PB |

**ASSENTED-TO MOTION TO VACATE
ORDER DISMISSING COMPLAINT [DOC. NO. 15]**

NOW COME the plaintiffs, Olivia Karpinski and Paul Edalat, by and through their counsel, Devine, Millimet & Branch, P.A., and submit the following assented-to motion to vacate the Court's Order dismissing their Complaint [Doc. No. 15]. In support of this assented-to motion, the plaintiffs state as follows:

1. This case began as a defamation action brought by Ms. Karpinski and Mr. Edalat against the Union Leader Corporation and several current and former Union Leader employees. By Order dated July 16, 2019, this Court granted the defendants' Motion to Dismiss and dismissed all counts of the Complaint [Doc. No. 15].

2. Plaintiffs timely filed a Notice of Appeal with the United States Court of Appeals for the First Circuit. The appeal is currently pending. Subsequent to the filing of the Notice of Appeal, the parties engaged in settlement negotiations and have reached a global settlement of the dispute.

3. As part of that settlement, the plaintiffs now file this assented-to motion requesting that the Court vacate its July 16, 2019 dismissal order [Doc. No. 15].

4. Counsel for the defendants assents to the relief requested in this motion.

5.      In light of the nature of the relief requested in this motion, no separate Memorandum of Law has been supplied.

WHEREFORE, the plaintiffs respectfully request that this Court:

A.      Grant this assented-to motion and enter an Order vacating the dismissal order dated July 16, 2019 [Doc. No. 15]; and

B.  Grant the parties such other and further relief as this Court deems just and equitable.

Respectfully submitted,

**OLIVIA KARPINSKI; PAUL EDALAT**

By their attorneys,

Devine, Millimet & Branch, P.A.

Dated:  October 29, 2019           By:   /s/ Matthew R. Johnson
                                         Matthew R. Johnson, NHBA #13076
                                         111 Amherst Street
                                         Manchester, NH  03101
                                         (603) 669-1000
                                         mjohnson@devinemillimet.com

### CERTIFICATE OF SERVICE

I, Matthew R. Johnson, Esquire, hereby certify that the foregoing was filed with the Court via electronic transmission in accordance with the Court's Administrative Procedures for Electronic Case Filing and that a copy was electronically served on counsel of record.

Date: October 29, 2019                      /s/ Matthew R. Johnson
                                            Matthew R. Johnson, Esquire