USDCNH-96 (Rev. 7/14)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of New Hampshire

| Olivia Karpinski and Paul Edalat | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:18-cv-01214-PB |
| Union Leader Corporation, Patricia J. Grossmith and Trent E. Spiner | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Olivia Karpinski and Paul Edalat

Date:   11/07/2019

/s/ Mark D. Attorri
*Attorney's signature*

Mark D. Attorri, NHBA #9268
*Printed name and bar number*

Devine, Millimet & Branch, P.A.
111 Amherst Street
Manchester, NH 03101

*Address*

mattorri@devinemillimet.com
*E-mail address*

(603) 669-1000
*Telephone number*

(603) 669-8547
*FAX number*

You need not complete a certificate of service for any party served electronically using the court's CM/ECF system.

## CERTIFICATE OF SERVICE

I hereby certify that this Appearance was served on the following persons on this date and in the manner specified herein:

Electronically Served Through ECF:
Matthew R. Johnson, Esq.
Gregory V. Sullivan, Esq.

Conventionally Served:

| 11/07/2019 | /s/ Mark D. Attorri |
|---|---|
| Date | Signature |