# United States Court of Appeals
## For the First Circuit

No. 19-1795

OLIVIA KARPINSKI; PAUL EDALAT

Plaintiffs - Appellants

v.

UNION LEADER CORPORATION; PATRICIA J. GROSSMITH; TRENT E. SPINER

Defendants - Appellees

**JUDGMENT**

Entered: November 7, 2019
Pursuant to 1st Cir. R. 27.0(d)

    Upon consideration of stipulation, it is hereby ordered that this appeal be voluntarily dismissed pursuant to Fed. R. App. P. 42(b).

    Mandate to issue forthwith.

By the Court:

Maria R. Hamilton, Clerk

cc:
Matthew Reeves Johnson
Gregory V. Sullivan