# United States Court of Appeals
## For the First Circuit

No. 19-1795

OLIVIA KARPINSKI; PAUL EDALAT

Plaintiffs - Appellants

v.

UNION LEADER CORPORATION; PATRICIA J. GROSSMITH; TRENT E. SPINER

Defendants - Appellees

**MANDATE**

Entered: November 7, 2019

In accordance with the judgment of November 7, 2019, and pursuant to Federal Rule of Appellate Procedure 41(a), this constitutes the formal mandate of this Court.

By the Court:

Maria R. Hamilton, Clerk

cc:
Matthew Reeves Johnson
Gregory V. Sullivan