# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW HAMPSHIRE

OLIVIA KARPINSKI and PAUL EDALAT )
    Plaintiffs )
     )
     )
v. )    Docket No. 1:18-CV-01214-PB
     )
UNION LEADER CORPORATION )
PATRICIA J. GROSSMITH AND TRENT E. )
SPINER )
    Defendants )
     )

## NOTICE OF ATTORNEY WITHDRAWAL

To the Clerk of this Court and all parties of record:

    Please enter the withdrawal of Mark D. Attorri as counsel for OLIVIA KARPINSKI and PAUL EDALAT with respect to the above-captioned matter.

November 8, 2019               /s/ Mark D. Attorri
Date                            Mark D. Attorri, Bar #9268
                               DEVINE, MILLIMET & BRANCH, P.A.
                               111 Amherst Street
                               Manchester, NH  03101
                               mattorri@devinemillimet.com
                               Telephone:  603.669.1000

## CERTIFICATE OF SERVICE

    I hereby certify that on November 8th, 2019, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to counsel of record.

                               /s/ Mark D. Attorri, Esquire
                               Mark D. Attorri, Esquire